IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DANIEL AARON BAXLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:21-cv-514-RAH |
| | ) | |
| OFFICER CUNNINGHAM, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On June 25, 2024, the Magistrate Judge filed a Recommendation in this case. (Doc. 33.)  On July 17, 2024, Plaintiff filed an Objection (Doc. 36) in which he merely objects to the Magistrate Judge's Recommendation without citing specific facts or laws.

When a party objects to a Magistrate Judge's Report and Recommendation, the district court must review the disputed portions *de novo.* 28 U.S.C. § 636(b)(1). The district court "may accept, reject, or modify the recommended disposition; receive further evidence; or resubmit the matter to the magistrate judge with instructions."  Fed. R. Civ. P. 72(b)(3).  *De novo* review requires that the district court independently consider factual issues based on the record.  *Jeffrey S. ex rel. Ernest S. v. State Bd. of Educ.*, 896 F.2d 507, 513 (11th Cir. 1990).  *See also United States v. Gopie,* 347 F. App'x 495, 499 n.1 (11th Cir. 2009).  However, objections to the Magistrate Judge's Report and Recommendation must be sufficiently specific in order to warrant *de novo* review.  *See Macort v. Prem, Inc.,* 208 F. App'x 781, 783–85 (11th Cir. 2006). Otherwise, a Report and Recommendation is reviewed for clear error. *Id.*

Upon an independent review of the record, it is **ORDERED** as follows:

1. The Objection (Doc. 36) is **OVERRULED**.
2. The Recommendation (Doc. 33) is **ADOPTED**.
3. The Special Report (Doc. 25), which was construed as Motion for Summary Judgment, is **GRANTED**.
4. This action is **DISMISSED WITH PREJUDICE**.

A separate final judgment will follow.

**DONE** on this the 14th day of August, 2024.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE